UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| KWASI INCOOM | | |
| | * | Case No. 17-16336-DER |
| Debtor(s), | | Chapter 13 |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Objection to Debtors' Motion Pursuant to 11 U.S.C. §506(a)**
**Wit*h* Respect to Treatment of Beneficiary's Junior Lien Held On The Property Located at**
***6346 Gray Sea Way, Columbia, MD 21046***

Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1 (hereinafter referred to as "Respondent"), the holder of a junior lien on the real property located at 6346 Gray Sea Way, Columbia, MD 21046 owned by Kwasi Incoom ("Debtors"), by and through its undersigned counsel, hereby submits its objection ("Objection") to the Motion to Avoid Lien on Principal Residence (the "Motion") filed in the above-referenced Chapter 13 proceedings, and respectfully states as follows:

1. Paragraphs 1 – 4 are admitted.
2. Respondent lacks sufficient information at this time to admit or deny the averments made in paragraph 5.
3. Respondent disputes the valuation contained in paragraph 6, and further reserves the right to obtain its own valuation of the property at issue.
4. Respondent denies the averment made in paragraph 7 and 8.
5. Paragraph 9 is a statement of fact not requiring a response, but to the extent one is required Respondent admits it is the junior lien holder on the property at issue.
6. The averments made in paragraph 10 are disputed.
7. Respondent objects to the proposed plan treatment discussed in paragraph 11.

WHEREFORE, Movant respectfully requests that this Court enter an Order denying the Motion to Avoid Lien on Principal Residence along with such other relief that this Court deems necessary and appropriate.

          Respectfully submitted,

Dated:  June 1, 2017

          */s/  Paul Moran*
          Paul Moran  (Bar No. 19595)
          Stern & Eisenberg Mid-Atlantic, PC
          9411 Philadelphia Road, Suite M
          Baltimore, MD 21237
          Ph:    410-635-5127
          Fax:   443-815-3931
          pmoran@sterneisenberg.com
          Attorney for Creditor

**Certification of Service**

       This is to certify that I have caused a copy of the foregoing Objection to be served electronically. Those not served electronically have been served by depositing same in the United States First Mail in a properly addressed envelope to each with adequate postage thereon as follows, on this 1st day of June, 2017:

Kwasi Incoom
6346 Gray Sea Way
Columbia, MD 21046

*Debtors*

Grigsby, Nancy S.
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
grigsbyecf@ch13md.com
*Chapter13 Trustee*

Kleeman, Stephen J.
401 Washington Avenue
Suite 800
Towson, MD 21204
barthelaw@gmail.com
*Attorney for Debtor*

       Respectfully submitted,

       \_\_/s/  Paul Moran\_\_
       Paul Moran, BAR# 19595
       9411 Philadelphia Road, Suite M
       Baltimore, MD 21237
       Ph:  (410) 635-5127
       pmoran@sterneisenberg.com